34

FILED

2003 OCT 24 A 10: 12

US DISTRICT...

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRETT N. WOJTKOWSKI, PPA RICHARD WOJTKOWSKI | NO.: 3:02CV0143 (JCH) |
| v. | |
| WAL-MART STORES, INC., ET AL | OCTOBER 22, 2003 |

## STIPULATION OF DISMISSAL

All parties in the present action move for dismissal with prejudice, without costs, now that the matter has been settled.

Respectfully Submitted,

DEFENDANT
CARI-ALL, INC.

By _____
Mark J. Claflin
ct 06218
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114
(860) 249-1361
(860) 249-7665 (fax)

DEFENDANT
WAL-MART STORES, INC.

By _____
Anita N. Varunes, Esquire
ct 04993
Kenny & Brimmer, LLC
5 Grand Street
Hartford, CT 06106
(860) 527-4226
(860) 527-0214 (fax)

PLAINTIFFS
BRETT N. WOJTKOWSKI
PPA RICHARD WOJTKOWSKI

By _____
Thomas S. Luby, Esq.
ct 00187
Luby Olson, P.C.
450 Broad Street
Meriden, CT 06450
(203) 639-3560
(203) 639-3569 (fax)

So Ordered 10/29/03
[signature]